FILED
ASHEVILLE, NC

FEB 1 2 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.



# United States District Court for the
# Western District of North Carolina

Hand-Delivered

TERRY DELAN SIMPSON, Estate
Simpson: Terry Delan, attorney-in-fact, Agent
                              Petitioner,

vs.

Wells Fargo Inc., Credit Card

Signify, Reflect, Business Line of Credit

                   Defendant,

_____/

Case No: 1:25-CV-46-MOC-WCM

## PLAINTIFF'S COMPLAINT FOR DAMAGES AND
## DEMAND FOR TRIAL BY JURY

COME NOW, TERRY DELAN SIMPSON, Petitioner, by and through, Simpson: Terry Delan, attorney-in-fact, Pro se, is suing the defendants Well Fargo Inc, for the following FEDERAL violations, allege and state as follows:

**Regarding ACC #** ▮▮▮▮▮▮▮ **4863, ACC #** ▮▮▮▮▮▮▮ **3060, ACC #** ▮▮▮▮▮▮ **6457, ACC #** ▮▮▮▮▮▮▮ **6719 any attached or connected accounts, applications, reorganization agreements, negotiable instruments, etc.**

### 1. Introduction

1. The plaintiff's cause of action is brought before the Honorable Court for actual, Compensatory, statutory, and punitive damages, **Civil/Criminal FEDERAL** claims against defendants Well Fargo Inc, for breach of fiduciary duties due to not following the rules of the Federal Reserve Act, Bill of Exchange Act and is accused of **fraud** for not following their lawful duties as follows:

### II. JURISDICTION AND VENUE

1. The jurisdiction of this court arises under 28 U.S.C. § 1331, 28 U.S.C. § 1337, and 12 U.S.C. § 412.

1

The venue in this district is proper in that the Defendants conduct business in Madison County, North Carolina, and the allegations for damages occurred in USA. **Federal Violations (hereinafter).**

## III. PARTIES

1. Plaintiff is residing in Madison County, North Carolina

2. Plaintiff resides in Madison County, North Carolina, at the times relevant and all actions related to

3. Plaintiff stated herein took place in and around Madison County, North Carolina.

4. Defendants' Wells Fargo Inc. Credit Cards (hereafter, "Wells Fargo") Defendants main location at 420 Montgomery Street San Francisco, California 94163.|

5. Defendant conduct business in the State of North Carolina and throughout the country.

6. Defendants' agents, employees, officers, members, directors, and representatives were working fraudulently within the course and scope of their employment when taking actions stated herein.

7. If Plaintiff, Terry D. Simpson, attorney-in-fact, pro se', errors in venue proceeding, he will be given corrective allowances and corrected procedure advice. This case is about the truth, not procedures. **All that is required is that the pleading be in a format that "any reasonable persons could or can understand" which this pleading conforms to. This ruling dates all the way back, to the days of the Kings.**

## IV. GENERAL FACTUAL ALLEGATIONS

1. Plaintiff and Defendants enter into a contract for the purpose of a transference of funds as plaintiff trustee of his Trust and Defendants as the beneficiary.

2. Plaintiff was unaware of the fraudulent and dis-information of facts throughout the contract that was presented to him by the defendants.

3. After reviewing the contract, the plaintiff realized that some of the instruments in the contract were collateral securities.

4. Those collateral securities are exchangeable with the bill of exchange and Federal Reserve Act pursuant to **12 U.S.C. § 412.**

5. Plaintiff sent out numerous notification pertaining to the laws of the Federal Reserve Act and Bill of Exchange Act by indorsing the bill of exchange that was sent to the Well Fargo Inc. main address and was **denied.**

6. I sent out to Well Fargo Inc. my indorsed bills of exchange as tender of payment to dis-charge my Estates balance that they claimed I had. Which was sent out to me fraudulently along with dis-

information of facts.

7. Rules and regulations as per Federal Reserve Act and the Bill Of Exchange Act, (hereafter). They are in direct violations of/and committing ***Securities Fraud***. Well Fargo Inc. is violating the **Equal Credit Opportunity Act, Consumer Credit Protection Act, bill of exchange act and Federal Reserve act**.

8. Plaintiff, as the trustee of his trust and on 3 occasions, informed Wells Fargo that he wanted to use the application security collateral. Plaintiff, also requested that he wanted to use the security collateral to cover all debts owed to the principle and was denied.

9. **Federal questions?**
   1. Who is the owner of the accounts mentioned above?
   2. Who are the account managers of accounts mentioned above?
   3. Who is the controlling interest party?
   4. Who is the trustee of the security collateral application?
   5. Who is the beneficiary of the security collateral application?

10. According to the Bill of Exchange Act - part 2, Interest is the application as soon as it is submitted. The only way you can pay a bill is with interest. Nothing about income is mentioned anywhere in the Federal Reserve Act or UCC-3. Which governs all financial institutions.

11. **15 U.S.C. 44 -**
    Fact, that I am requesting books of accounts and financial and corporate records regarding this alleged debt pursuant to 15 U.S.C. 44.
    **"Documentary evidence"** includes all documents, papers, correspondence, books of account, and financial and corporate records. "Acts to regulate commerce" means subtitles IV of title 49 and the Communications Act of 1934 [47 U.S.C. 151 et seq.] and all Acts amendatory thereof and supplementary thereto.

12. **12 U.S.C. § 1431 - Powers and duties of banks**
    (a) BORROWING MONEY; ISSUING BONDS AND DEBENTURES; GENERAL POWERS... **Always approved! NOT A LOAN! Fraud and dis-information of facts.**

13. **HJR 192, Public Law 73-10 and Title 31 USC 5118 prohibits Banks/creditors from demanding any specific specie of payment.**


**Private Right of Action - 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty:**
    Every person who shall make any contract or engage in any combination or **conspiracy** hereby declared to be unlawful shall be deemed guilty of a **felony**.

**Every contract**, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be unlawful. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be unlawful shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding **$100,000,000.00 if a corporation**, or, if any other person,

3

$1,000,000.00 or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.

**§412. Application for notes; collateral required – Meaning; application is the security collateral.**

Any Federal Reserve Bank may make **application** to the local Federal Reserve agent for such amount of the Federal Reserve notes hereinbefore provided for as it may require. Such application shall be accompanied with a **tender** to the local Federal Reserve agent of collateral in amount equal to the sum of the Federal Reserve notes thus applied for and issued pursuant to such **application**. The collateral security thus offered shall be notes, drafts, **bills of exchange**, or **acceptances** acquired under section 92, 342 to 348, 349 to 352, 361, 372, or 373 of this title, or bills of exchange endorsed by a member bank of any Federal Reserve district and purchased under the provisions of sections 348a and 353 to 359 of this title, or bankers' acceptances purchased under the provisions of said sections 348a and 353 to 359 of this title, or gold certificates, or Special Drawing Right certificates, or any obligations which are direct obligations of, or are fully guaranteed as to principal and interest by, the United States or any agency thereof, or assets that Federal Reserve banks may purchase or hold under sections 348a and 353 to 359 of this title or any other asset of a Federal Reserve bank.

# Section 1: Definitions

**Payment:**
The fulfillment of a promise, or the performance of an agreement. -Black's Law 4th Edition

**Tender:**
1. The **offer of performance**, not **performance itself**, and, when **unjustifiably refused**, places other party in **default** and permits party making tender to exercise remedies for breach of contract. -Black's Law 4th Edition

2. **An offer of money**; the act by which one produces and offers to a person holding a claim or demand against him the amount of money which he considers and admits to be due, in satisfaction of such claim or demand, without any stipulation or condition. -Black's Law 4th Edition

**Check:**
The Federal Reserve Board defines a check as "a draft or order upon a bank or banking house purporting to be drawn upon a deposit of funds for the payment at all events of a certain sum of money to a certain person therein named or to him or his order or to bearer and payable instantly on demand." It must contain the phrase "pay to the order of." - Black's Law 5th Edition

**US dollars:**
United States coins and currency (including Federal Reserve notes and circulating notes of Federal Reserve banks and national banks) are legal **tender** for all debts, public charges, taxes, and dues. Foreign gold or silver coins are not legal tender for debts. - **31 USC 5103**

**Novation:**
The substitution of a new debt or obligation for an existing one. -Black's Law 4th Edition

**Consideration:**

1. Consideration is not to be confounded with motive. Consideration means something which is of value in the eye of the law, moving from the plaintiff, either of benefit to the plaintiff or of detriment to the defendant. -Black's Law 4th Edition

2. Nothing is consideration that is not regarded as such by both parties. Schlecht v. Schlecht, 168 Minn. 168, 209 N.W. 883, 887

**Nation:**
   "An Independent body politic; a society of men united together for the purpose of promoting their mutual safety and advantage by the joint efforts of their combined strength. But every combination of men who govern themselves independently of all others will not be considered a nation. A body of pirates, for example, who govern themselves, are not a nation. To constitute a nation, another ingredient is required. The body thus formed must respect other nations in general, and each of their members in particular. Such a society has her affairs and her interests; she deliberates and takes resolutions in common, thus becoming a moral person, who possesses an understanding and will peculiar to herself, and is susceptible of obligations and rights." - Vattel, Prelim. Ill, 2; 5 Pet. (U. S.) 52. See 1 Idaho (N. S.) 612.

**UCC 3-103 definitions of "order" and "promise" (a "bill of exchange" is an unconditional order to pay and a "promissory note" is an unconditional promise to pay):**

(8) "Order" means a written instruction to pay money signed by the person giving the instruction. The instruction may be addressed to any person, including the person giving the instruction, or to one or more persons jointly or in the alternative but not in succession. An authorization to pay is not an order unless the person authorized to pay is also instructed to pay.

(12) "Promise" means a written undertaking to pay money signed by the person undertaking to pay. An acknowledgment of an obligation by the obligor is not a promise unless the obligor also undertakes to pay the obligation.


**Ens legis:**
A creature of the law; an artificial being, as contrasted with a natural person. Applied to corporations, considered as deriving their existence entirely from the law. -Black's Law 4th Edition

**Section 2: Introduction**
Thank you very much for reading this and forwarding it to the proper person to handle it. Notice to agent is notice to principal.

**Section 3: Novation Points**

**Definitions and Background**

   The definition of Person, from 26 USC 7701(a)(1) is: "The term 'person' shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation."

   The definition of "certificate" is: "statement of some fact in a writing signed by the Party

Certifying." -Nowell v. Mayor and Council of Monroe, 177 Ga. 648, 171 S.E. 136, 141

The definition of "live birth' is: "'Live birth' means the complete expulsion or extraction from its mother of a product of conception (irrespective of the duration of pregnancy) which, after such separation, breathes or shows any other evidence of life such as beating of the heart, pulsation of the umbilical cord, or definite movement of voluntary muscles, whether or not the umbilical cord has been cut or the placenta is attached."

A "Certificate of Live Birth" is a statement of fact that a live birth occurred.

Typically, there are aspects of the live birth, such as the placenta, which is "abandoned" (left for disposal) by the mother. This could also be other parts of the birth such as the umbilical cord.

"STATE OF NORTH CAROLINA" is listed as a business on Dun and Bradstreet and is located in the District of Columbia. The evidence behind this is that the United States is located in the District of Columbia as per UCC 9-307(h). "STATE OF NORTH CAROLINA" is a sub-corporation of "United States." 4 USC 72 also covers this idea as well: "All offices attached to the seat of government shall be exercised in the District of Columbia, and not elsewhere, except as otherwise expressly provided by law."

"Naturalization," as per 8 USC 1101(a)(23) is defined as: "The term 'naturalization' means the conferring of nationality of a state upon a person after birth, by any means whatsoever."

The word "state" from naturalization is synonymous with the word "nation," which is defined in the definitions section in Section 1 of this novation.

The definition of the word "person" from Title 8 is defined as "an individual or organization." The definition of the word "organization" from above comes from 8 USC 1101(a)(28) and is: "The term "organization" means, but is not limited to, an organization, corporation, company, partnership, association, trust, foundation or fund; and includes a group of persons, whether or not incorporated, permanently or temporarily associated together with joint action on any subject or subjects."

The definition of "public corporation" is: "A public corporation is one created by the state for political purposes and to act as an agency in the administration of civil government." -Black's Law 4th edition

**Clarification and Novation of Parties**
When born, my mother "abandoned" the various "products of conception." These products were part of the live birth and the Certificate of Live Birth involves only those abandoned products, not the male body of which I possessed and inhabit to this day.
The "Certificate of Live Birth" is a document that is an abandonment and naturalization document. It is a document that shows that products of the Live Birth were abandoned and it also is my mother conferring the nationality of the State (incorporated business) called "STATE OF FLORIDA" upon the abandoned products of conception, after birth, by any means whatsoever (naturalization). This effectively naturalized, what was assumed to be me, falsely, into the District of Columbia.

There is a specific line on my Certificate of Live Birth entitled "Date received by local Health Officer." This date is the date that a public corporation/trust/estate was opened as a legal fiction which represents the abandoned products of conception.

This public corporation/trust/estate is represented by my name, converted into a trade name or "doing business as" name of my name in all capital letters: TERRY DELAN SIMPSON.

This corporation/trust/estate is a person, as per most definitions found of the word.

The birthday of the person, TERRY DELAN SIMPSON, is the date that the Certificate of Live Birth was received by the local Health Officer, which would be **September 13th, 1965**.

## THE SOCIAL SECURITY NUMBER IS A TAX IDENTIFICATION NUMBER (EIN/TIN) FOR THE ENS LEGIS AND IS NOT ATTACHED TO ME AS A MAN. EIN NUMBERS ARE ASSIGNED TO BUSINESSES, NOT MEN AND WOMEN.

Myself, not involving any of the above aspects, am an unincorporated "freeman" of the "Union," as quoted from the Honorable Mr. Justice MILLER, as he spoke on the difference between state citizenship and Federal US citizenship in the Supreme Court case: *The Slaughter-House Cases, 83 U.S. 36 (1873)*.

The terms "individual" and "natural person" both apply to the all caps Ens Legis and not myself as the "freeman" of the "Union." These terms are often confusing or misunderstood.

A good example of the above confusion can be found in this definition of the word "individual":

"As a noun, this term denotes a single person as distinguished from a group or class, and also, very commonly, a private or natural person as distinguished from a partnership, corporation, or association; but it is said that this restrictive signification is not necessarily inherent in the word, and that it may, in proper cases, include artificial persons." *State v. Bell Telephone Co., 36 Ohio St. 310, 38 Am.Rep. 583*

For clarity of all of our contracts, the term "natural person" and ALSO the term "individual," in all aspects of our contracting, will be defined as the following:

"The living man or woman. This man or woman operates and speaks on behalf of the sole proprietorship/public corporation in the fictional world, but is entirely a different person. This "individual" or "natural person" does not fit the definitions in the normal legal world and this definition specifically and entirely eliminates all assumptions of jurisdiction, citizenship, nationality, etc. All of that information is definable only and exclusively by the individual man or woman and is NOT subject to absolutely any involuntary servitude, forced contractual obligation, etc."

My birthday, as a natural person, is **September 4st, 1965**.

I operate as the attorney-in-fact over the person named TERRY DELAN SIMPSON and all contact will be made through TERRY DELAN SIMPSON (including any litigation).

**Conclusion:**

There are two persons at play here. One is a "man" of the "Union" and the other is a public corporation/sole proprietorship. The public corporation is used as a buffer or flow-through for all commercial transactions and it is agreed through this novation that the trade name, TERRY DELAN SIMPSON, will be the primary person mentioned on all documents and litigation and then the natural person, Terry Delan Simpson, speaks on behalf of the public corporation because the public corporation cannot speak or write.

Terry Delan Simpson, because he is not intrinsically a commercial entity and thus would not fit the legal definition of a "person," will not be the one entering jurisdiction into any court and he will be using naturalization in order to move TERRY DELAN SIMPSON into the jurisdiction of the court but it is agreed by all parties that he is still operating pro se' in the courts as he is still presenting "in his own name." The agreement is that TERRY DELAN SIMPSON is a commercial trade name that Terry Delan Simpson is authorized to use in commerce. Terry Delan Simpson is a foreign national of the God is Supreme Amnesty Coalition Trust.

TERRY DELAN SIMPSON is movable via naturalization as per 8 USC 1101(a)(23) and will be moved around, at will, by Terry Delan Simpson. Terry Delan Simpson is not a "resident" or "citizen" of absolutely any corporate, incorporated or business entity. The plural version of men or women is "people," whereas the plural of legal fictions is "persons."

### All Other Points of Novation

1. All previous assumed or expressed arbitration agreements are hereby void due to fraud and lack of consideration. No parties are any longer eligible for ANY arbitration activities and discovery, right to a jury trial and ALL other rights of due process are hereby retained explicitly by all parties.

2. All previous Powers of Attorney, expressed or implied, are hereby **canceled**. A new limited Power of Attorney can be written up based on the aspects of this novation, if desired.

3. Without prejudice and the reserving of all rights is hereby activated for both TERRY DELAN SIMPSON and Terry Delan Simpson. All rights are reserved at all times.

4. **All negotiable instruments** (promissory notes and bills of exchange) involving all transactions on all accounts past, present and future, are hereby novated under fraud (lack of clear conditions/terms, fraud, unjust enrichment, etc.). All past, present and future blank indorsements are hereby **canceled**. ALL BLANK INDORSEMENTS, FROM THIS POINT FORWARD, NEED TO BE EXPLICITLY INDORSED "Pay to the order of: bearer" OTHERWISE THEY CANNOT BE ASSUMED TO BE BLANK. The new qualified/special indorsement for all past, present and future securities is now the following (consideration to all currency exchanges will be paid once performance of Federal Reserve Discount Window services have been completed and Federal Reserve Notes are returned to the payee):

WITHOUT RECOURSE
Pay to the Order of:
TERRY DELAN SIMPSON, estate
By: /s/ Simpson: Terry Delan, principal agent
---------
Terry Delan Simpson, attorney-in-fact, pro se

**All Title 18 (USC) crimes**, and also all **State penal** and **criminal claims**, which normally do not have a "private right of action" in litigation, are hereby entered into this novation as a CONTRACTUAL aspect of our private agreements. Meaning that all of these Codes are now enforceable in a civil court as a private part of our contractual obligations and THESE CODES ARE NOW ACTIVE TO BEING CAUSES OF ACTION IN CIVIL COURT.

Anything that was previously pledged as collateral on any accounts or loans, above and beyond the original promissory note that now has a qualified/special indorsement, is hereby released and is no longer attached as collateral on any accounts.

All interest payable on all notes or bills are now claimed by TERRY DELAN SIMPSON and Terry Delan Simpson and that controversy needs to be sorted out right away so we can determine what service fee that any banking/financial organization will be getting for the service of currency exchange at the Federal Reserve Discount Window.

If you are a bank, credit union, or any other **financial organization**, you are hereby now the fiduciary for TERRY DELAN SIMPSON and Terry Delan Simpson. Your fiduciary duty is to ensure the clean, direct and honest negotiation of all negotiable instruments and to properly help us do a currency exchange of the original collateral securities for Federal Reserve Notes at the Federal Reserve Discount Window. Absolutely anything that would not effectively and rapidly assist in that is now officially a breach of fiduciary duties. Any usage of the term "lender" or "borrower" when attempting to say that you "lended" either of us anything will be a charge of breach of fiduciary duties. The ONLY thing that is considered consideration in this contract is now the helpful actions that assist us in security swaps at the Federal Reserve Discount Window - **NOTHING ELSE IS CONSIDERATION.**

Notarization is not naturalization and just because a document was notarized in a location does not mean that is naturalization of any individual or organization. Naturalization is only legally binding if it is a clear and specific conferring of a state/State/nation upon an individual or organization, after birth, by any means whatsoever. As of the writing of this novation, the incorporated nation of STATE OF NORTH CAROLINA is hereby conferred upon TERRY DELAN SIMPSON, while Terry Delan Simpson confers the state called the God is Supreme (unincorporated) upon himself, after birth, by any means whatsoever.

## Section 3: Value and Consideration Clarification

1. To be clear, all "lending" never occurred so is not considered consideration (because there is no lending going on).

2. But facilitating Federal Reserve services at the Discount Window via an OC-10 agreement is considered consideration.

3. It is valuable consideration that my currency (original note) is being swapped at the Window for another type of currency (Federal Reserve Notes) and returned to me.

4. This activity is not "lending" but is a simple "currency exchange." This is what it will be called in all aspects of our contract or any necessary litigation.

5. Any usage of the word "lending" or any indication of me being "loaned" anything will be met with fraud charges.

## Section 4: Orders

1. Please discharge/set-off all imbalanced accounts and immediately refund all over performance on this account since the account's inception. Please send me a verified affidavit of this being completed (by an individual). Please include their phone number and email on the affidavit as well in case I need to contact them.

2. Please immediately remove any bad reports that may have been made on the credit score of the trade name TERRY DELAN SIMPSON. Please remove any accounts from any "collections."

3. Please also release all liens or any other security interest that has been filed in any way for any asset and please destroy any Certificates of Title or any other securities showing a "security interest" for anything associated with our contracts.

4. All assets will now be held in full dominion in private trusts that are located in the God is Supreme Coalition. Do not list the public corporation as a "registered owner" or release any documentation showing a security interest. Anything issued of this type will be **securities fraud** and will be handled with **litigation (civil and criminal).**

5. This includes any interest available from the swapping of any collateral securities at the Federal Reserve Discount Window, any extraneous and irrelevant Federal Reserve Notes that were tendered onto this account, and any additional securitization or activities that took place with any original collateral securities.

6. You have a total of **21 days** to complete these orders from the time this affidavit is signed for (there will be a series of other mailings sent to you during this time to ensure proper notice of novation).

7. This document is an **unconditional order to perform**.

## Section 5: Closing Statements

1. This affidavit is being sent to you in **good faith**.

2. **UCC 1-201 defines "good faith" as:** "honesty in fact and the observance of reasonable commercial standards of fair dealing."

3. I would like to be clear that I am absolutely and entirely available for in-person communication, email, phone calls, texts, faxes or hard mail through the USPS. I am not a combatant and simply wish to establish a more equitable agreement between us both where we can both win and succeed.

4. This is an affidavit that is being issued to you. This affidavit must be rebutted by an affidavit specifically clarifying and rebutting each and every INDIVIDUAL aspect of which you are not in agreement with or would like to change and exact and specific reasoning and supporting laws/statutes must be written in the affidavit in order for there to be a justiciable controversy on

that particular aspect.

5. The total time that you are being given to perform on these orders is **21 days** from the receipt of this affidavit.

6. If there is a denial of the orders in Section 4 or if these affidavits are ignored, litigation will be filed and served immediately after the denial or immediately after the **21 day** period elapses.

7. You can call me, email me, send mail to me, or any other reasonable attempt to contact me and I'll be more than happy to speak to you. I am more than willing to work with you and this section is here just to be clear that intimidation, slander, libel, lies and bluffs will be AGGRESSIVELY handled to the absolute fullest extent of the law.

8. Honest attempts to solve the difficulties and controversies that we find ourselves in will be met with sincerity and appreciation.

---

**Signature Section (PER; 28 U.S. Code § 1746) "If executed without the United States")
Sworn in declarations under penalty of perjury**

I _Terry Simpson_ " "declare under penalty of perjury under the law of United States of America that the foregoing is true and correct, and that I am physically located outside the geographic boundaries of the United States Inc, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States Inc.

Executed on _2/11/2025_ (Date :)
In Honor, and with all God given rights reserved retained herein. I, hereby place my Autograph below:

Without recourse, Simpson, Terry Delan, principal agent for:
TERRY DELAN SIMPSON, estate

Petitioner, _Terry Sign_
I reserve all rights. UCC 1-308

Notary Republic as JURAT CERTIFICATE:

_North Carolina_ State

_Buncombe_ County

On _2/11/25_ date before me,

a Notary Public, personally appeared before me and proved to me on the basis of satisfactory evidence to be the man/woman whose Name is subscribed to the within attached instrument and acknowledged to Me that he/she executed the same in his authorized capacity, And that by his/her autograph(s) on the instrument the man/woman executed, this Trust Declaration.

I certify under PENALTY OF PERJURY under the lawful laws of
North Carolina State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

Of Notary Republic / Jurat     *Comm. exp 8/15/28*     seal

**Notice to agent(s) is notice to principal(s), Notice to principal(s) is notice to agent(s).**

### <u>Penalties and Prayer for Relief</u>

Wells Fargo Corporate Office,

    I come in peace, but I want things to be clear, I am renegotiating our contract due to fraud, dis-information of facts and want things to be corrected. If you decide to ignore this for the 3rd time, then I will be forced to take actions against you. Every month you will still be getting paid for the usage on my account and are going to refund me all the money you embezzled from me. The only thing you will not be doing from here on out, is billing me additional payment of which you are already getting from the Federal Reserve Bank, established Dec 23, 1913. Here are the charges I will be filing against your corporation. This document is being added to my affidavit if you refuse to comply with performance as describe in hereafter.

CONDITIONAL: IF A FAILURE TO APPLY THE PAYMENT OR DISHONOR THE INTRUMENT OCCURS, LITIGASTION IS NOW ACTIVATED TO FORCE PERFORMANCE IN ACCORDANCE WITH UCC 3-11 AND 3-603(b)

UCC 1-201 (20) – defines "GOOD FAITH" as: "means honesty in fact and the observance of reasonable commercial standards of fair dealing"

Consideration! Adequate consideration is important in any aspect of any exchange. UCC 3-303(b) clarifies that, if someone doesn't feel as though you were given adequate consideration, they now have cause of action.

UCC 3-305(a)(1)(iii) – "fraud that induced the obligator to sign the instrument with neither knowledge nor reasonable opportunity to learn of its character or it's essential terms" and is an EXCELLENT defense and avenue for cause of action in litigation.

§ 3-303. VALUE AND CONSIDERATION.
UCC 3-303(b) when he takes the instrument in payment of or as security for an antecedent claim against any person whether or not the claim is due;

BOTH UCC 3-11 and UCC 3-603(b) cover the INTENSE obligation that an acceptor has to perform on a payment (instrument) you sent in.

UCC § 3-311. ACCORD AND SATISFACTION BY USE OF INSTRUMENT.
 (a) If a person against whom a claim is asserted proves that (i) that person in good faith tendered an instrument to the claimant as full satisfaction of the claim, (ii) the amount of the claim was unliquidated or subject to a bona fide dispute, and (iii) the claimant obtained payment of the instrument, the following subsections apply.

(b) Unless subsection (c) applies, the claim is discharged if the person against whom the claim is asserted proves that the instrument or an accompanying written communication contained a conspicuous statement to the effect that the instrument was tendered as full satisfaction of the claim.

(c) Subject to subsection (d), a claim is not discharged under subsection (b) if either of the following applies:

(1) The claimant, if an organization, proves that (i) within a reasonable time before the tender, the claimant sent a conspicuous statement to the person against whom the claim is asserted that

1

communications concerning disputed debts, including an instrument tendered as full satisfaction of a debt, are to be sent to a designated person, office, or place, and (ii) the instrument or accompanying communication was not received by that designated person, office, or place.

**(2)** The claimant, whether or not an organization, proves that within 90 days after payment of the instrument, the claimant tendered repayment of the amount of the instrument to the person against whom the claim is asserted. This paragraph does not apply if the claimant is an organization that sent a statement complying with paragraph (1)(i).

**(d)** A claim is discharged if the person against whom the claim is asserted proves that within a reasonable time before collection of the instrument was initiated, the claimant, or an agent of the claimant having direct responsibility with respect to the disputed obligation, knew that the instrument was tendered in full satisfaction of the claim.

UCC § 3-306 (b) states that a person taking an instrument is subject to a claim of a property or possessory right in the instrument or its proceeds, including a claim to rescind a negotiation and to recover the instrument or its proceeds.

UCC § 3-310. EFFECT OF INSTRUMENT ON OBLIGATION FOR WHICH TAKEN.
 **(a)** Unless otherwise agreed, if a certified check, cashier's check, or teller's check is taken for an obligation, the obligation is discharged to the same extent discharge would result if an amount of money equal to the amount of the instrument were taken in payment of the obligation. Discharge of the obligation does not affect any liability that the obligor may have as an indorser of the instrument.

**(b)** Unless otherwise agreed and except as provided in subsection **(a)**, if a note or an uncertified check is taken for an obligation, the obligation is suspended to the same extent the obligation would be discharged if an amount of money equal to the amount of the instrument were taken, and the following rules apply:

**(1)** In the case of an uncertified check, suspension of the obligation continues until dishonor of the check or until it is paid or certified. Payment or certification of the check results in discharge of the obligation to the extent of the amount of the check.

**(2)** In the case of a note, suspension of the obligation continues until dishonor of the note or until it is paid. Payment of the note results in discharge of the obligation to the extent of the payment.

**(3)** Except as provided in paragraph **(4)**, if the check or note is dishonored and the obligee of the obligation for which the instrument was taken is the person entitled to enforce the instrument, the obligee may enforce either the instrument or the obligation. In the case of an instrument of a third person which is negotiated to the obligee by the obligor, discharge of the obligor on the instrument also discharges the obligation.

**(4)** If the person entitled to enforce the instrument taken for an obligation is a person other than the obligee, the obligee may not enforce the obligation to the extent the obligation is suspended. If the obligee is the person entitled to enforce the instrument but no longer has possession of it because it was lost, stolen, or destroyed, the obligation may not be enforced to the extent of the amount payable on the instrument, and to that extent the obligee's rights against the obligor are limited to enforcement of the instrument.

**(c)** If an instrument other than one described in subsection **(a)** or **(b)** is taken for an obligation, the effect is (i) that stated in subsection **(a)** if the instrument is one on which a bank is liable as maker or

2

acceptor, or (ii) that stated in subsection (**b**) in any other case.

UCC § 3-502. DISHONOR.
(**a**) Dishonor of a note is governed by the following rules:

(1) If the note is payable on demand, the note is dishonored if presentment is duly made to the maker and the note is not paid on the day of presentment.

(2) If the note is not payable on demand and is payable at or through a bank or the terms of the note require presentment, the note is dishonored if presentment is duly made and the note is not paid on the day it becomes payable or the day of presentment, whichever is later.

(3) If the note is not payable on demand and paragraph (**2**) does not apply, the note is dishonored if it is not paid on the day it becomes payable.

(**b**) **Dishonor of an unaccepted draft other than a documentary draft is governed by the following rules:**
(1) If a check is duly presented for payment to the payor bank otherwise than for immediate payment over the counter, the check is dishonored if the payor bank makes timely return of the check or sends timely notice of dishonor or nonpayment under Section 4-301 or 4-302, or becomes accountable for the amount of the check under Section 4-302.

(2) If a draft is payable on demand and paragraph (**1**) does not apply, the draft is dishonored if presentment for payment is duly made to the drawee and the draft is not paid on the day of presentment.

(3) If a draft is payable on a date stated in the draft, the draft is dishonored if (i) presentment for payment is duly made to the drawee and payment is not made on the day the draft becomes payable or the day of presentment, whichever is later, or (ii) presentment for acceptance is duly made before the day the draft becomes payable and the draft is not accepted on the day of presentment.
(4) If a draft is payable on elapse of a period of time after sight or acceptance, the draft is dishonored if presentment for acceptance is duly made and the draft is not accepted on the day of presentment.

(**c**) Dishonor of an unaccepted documentary draft occurs according to the rules stated in subsection (**b**)(**2**), (**3**), and (**4**), except that payment or acceptance may be delayed without dishonor until no later than the close of the third business day of the drawee following the day on which payment or acceptance is required by those paragraphs.

(**d**) Dishonor of an accepted draft is governed by the following rules:

(1) If the draft is payable on demand, the draft is dishonored if presentment for payment is duly made to the acceptor and the draft is not paid on the day of presentment.

(2) If the draft is not payable on demand, the draft is dishonored if presentment for payment is duly made to the acceptor and payment is not made on the day it becomes payable or the day of presentment, whichever is later.

(**e**) In any case in which presentment is otherwise required for dishonor under this section and presentment is excused under Section 3-504, dishonor occurs without presentment if the instrument is not duly accepted or paid.

3

**(f)** If a draft is dishonored because timely acceptance of the draft was not made and the person entitled to demand acceptance consents to a late acceptance, from the time of acceptance the draft is treated as never having been dishonored.

UCC § 3-503. NOTICE OF DISHONOR.
 **(a)** The obligation of an indorser stated in Section 3-415 **(a)** and the obligation of a drawer stated in Section 3-414 **(d)** may not be enforced unless (i) the indorser or drawer is given notice of dishonor of the instrument complying with this section or (ii) notice of dishonor is excused under Section **3-504(b)**.

**(b)** Notice of dishonor may be given by any person; may be given by any commercially reasonable means, including an oral, written, or electronic communication; and is sufficient if it reasonably identifies the instrument and indicates that the instrument has been dishonored or has not been paid or accepted. Return of an instrument given to a bank for collection is sufficient notice of dishonor.

**(c)** Subject to Section **3-504(c)**, with respect to an instrument taken for collection by a collecting bank, notice of dishonor must be given (i) by the bank before midnight of the next banking day following the banking day on which the bank receives notice of dishonor of the instrument, or (ii) by any other person within 30 days following the day on which the person receives notice of dishonor. With respect to any other instrument, notice of dishonor must be given within 30 days following the day on which dishonor occurs.

§ 3-603. TENDER OF PAYMENT.
 **(a)** If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument, the effect of tender is governed by principles of law applicable to tender of payment under a simple contract.

**(b)** If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.

**(c)** If tender of payment of an amount due on an instrument is made to a person entitled to enforce the instrument, the obligation of the obligor to pay interest after the due date on the amount tendered is discharged. If presentment is required with respect to an instrument and the obligor is able and ready to pay on the due date at every place of payment stated in the instrument, the obligor is deemed to have made tender of payment on the due date to the person entitled to enforce the instrument

**Penalties and Prayer for Relief:**
**18 U.S. Code § 657** - Lending, credit and insurance institutions - embezzles, abstracts, purloins or willfully misapplies any moneys, funds, credits, securities or other things of value belonging to such institution, or pledged or otherwise entrusted to its care - **$1,000,000** - not more than 30 years in prison.

**18 U.S. Code § 661** - Within special maritime and territorial jurisdiction - stealing money or instruments - (value of instruments is the fine) - not more than 5 years in prison.

**18 U.S. Code § 662** - Within special maritime and territorial jurisdiction - KNOWINGLY receiving stolen property - (value of instruments is the fine) - not more than 3 years in prison if value is above $1,000.

4

**18 USC 1348** - fraudulently getting money from transfer of an instrument or security (ALL MORTGAGES, LOANS, CREDIT CARDS, FINANCIAL INSTITUTES, ETC ALL FIT THIS FELONY) - $250,000 - up to 25 years in prison.

**18 USC 2314** - transporting goods/money/securities that were acquired under false or fraudulent pretenses, representations, or promises - $200,000 - up to 10 years in prison.

Section 29. Civil Money Penalty
**(a) First Tier.** Any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who, violates any provision of section 22, 23A, or 23B, or any regulation issued pursuant thereto, shall forfeit and pay a civil penalty of not more than $5,000 for each day during which such violation continues.

[12 USC 504(a). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by acts of Oct. 15, 1982 (96 Stat. 1523) and Aug. 9, 1989 (103 Stat. 470).]

**(b) Second Tier.** Notwithstanding subsection (a), any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who;

    **1.**
        A. commits any violation described in subsection (a);
        B. recklessly engages in an unsafe or unsound practice in conducting the affairs of such member bank; or
        C. breaches any fiduciary duty;
    **2.** which violation, practice, or breach--
        A. is part of a pattern of misconduct;
        B. causes or is likely to cause more than a minimal loss to such member bank; or
        C. results in pecuniary gain or other benefit to such party,

Shall forfeit and pay a civil penalty of not more than $25,000 for each day during which such violation, practice, or breach continues.

[12 USC 504(b). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

(c) Third Tier. Notwithstanding subsections (a) and (b), any member bank which, and any institution-affiliated party (within the meaning of section 3(u) of the Federal Deposit Insurance Act) with respect to such member bank who--

    **1.** knowingly;
        A. commits any violation described in subsection (a);
        B. engages in any unsafe or unsound practice in conducting the affairs of such credit union; or
        C. breaches any fiduciary duty; and
    **2.** knowingly or recklessly causes a substantial loss to such credit union or a substantial pecuniary gain or other benefit to such party by reason of such violation, practice, or breach,

shall forfeit and pay a civil penalty in an amount not to exceed the applicable maximum amount determined under subsection (d) for each day during which such violation, practice, or breach continues.

5

[12 USC 504(c). As added by act of Nov. 10, 1978 (72 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

(d) **Maximum Amounts of Penalties for Any Violation Described In Subsection (c).** The maximum daily amount of any civil penalty which may be assessed pursuant to subsection (c) for any violation, practice, or breach described in such subsection is--

1. in the case of any person other than a member bank, an amount to not exceed $1,000,000; and
2. in the case of a member bank, an amount not to exceed the lesser of --
   A. $1,000,000; or
   B. 1 percent of the total assets of such member bank.

[12 USC 504(d). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by acts of Oct. 15, 1982 (96 Stat. 1523) and Aug. 9, 1989 (103 Stat. 470).]

(e) **Assessment, Etc.** Any penalty imposed under subsection (a), (b), or (c) shall be assessed and collected by

1. in the case of a national bank, by the Comptroller of the Currency; and
2. in the case of a State member bank, by the Board,

in the manner provided in subparagraphs (E), (F), (G), and (I) of section 8(i)(2) of the Federal Deposit Insurance Act for penalties imposed (under such section) and any such assessment shall be subject to the provisions of such section.

[12 USC 504(e). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

(f) **Hearing.** The member bank or other person against whom any penalty is assessed under this section shall be afforded an agency hearing if such member bank or person submits a request for such hearing within 20 days after the issuance of the notice of assessment. Section 8(h) of the Federal Deposit Insurance Act shall apply to any proceeding under this section.

[12 USC 504(f). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

(g) **Disbursement.** All penalties collected under authority of this paragraph shall be deposited into the Treasury.

[12 USC 504(g). As added by act of Nov. 10, 1978 (92 Stat. 3641) and amended by act of Aug. 9, 1989 (103 Stat. 470).]

(h) **Violate Defined.** For purposes of this section, the term "violate" includes any action (alone or with another or others) for or toward causing, bringing about, participating in, counseling, or aiding or abetting a violation.

[12 USC 504(h). As added by act of Aug. 9, 1989 (103 Stat. 470).]

(i) **Regulations.** The Comptroller of the Currency and the Board shall prescribe regulations establishing such procedures as may be necessary to carry out this section.

[12 USC 504(i). As added by act of Aug. 9, 1989 (103 Stat. 470).]

(m)* **Notice under This Section after Separation from Service.** The resignation, termination of employment or participation, or separation of an institution-affiliated party (within the meaning of section

6

3(u) of the Federal Deposit Insurance Act) with respect to a member bank (including a separation caused by the closing of such a bank) shall not affect the jurisdiction and authority of the appropriate Federal banking agency to issue any notice and proceed under this section against any such party, if such notice is served before the end of the 6-year period beginning on the date such party ceased to be such a party with respect to such bank (whether such date occurs before, on, or after the date of the enactment of this subsection).

18 U.S. Code § 657 - Lending, credit and insurance institutions
Whoever, being an officer, agent or employee of or connected in any capacity with the Federal Deposit Insurance Corporation, National Credit Union Administration, any Federal home loan bank, the Federal Housing Finance Agency, Farm Credit Administration, Department of Housing and Urban Development, Federal Crop Insurance Corporation, the Secretary of Agriculture acting through the Farmers Home Administration or successor agency, the Rural Development Administration or successor agency, or the Farm Credit System Insurance Corporation, a Farm Credit Bank, a bank for cooperatives or any lending, mortgage, insurance, credit or savings and loan corporation or association authorized or acting under the laws of the United States or any institution, other than an insured bank (as defined in section 656), the accounts of which are insured by the Federal Deposit Insurance Corporation, or by the National Credit Union Administration Board or any small business investment company, or any community development financial institution receiving financial assistance under the Riegle Community Development and Regulatory Improvement Act of 1994, and whoever, being a receiver of any such institution, or agent or employee of the receiver, embezzles, abstracts, purloins or willfully misapplies any moneys, funds, credits, securities or other things of value belonging to such institution, or pledged or otherwise entrusted to its care, shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both; but if the amount or value embezzled, abstracted, purloined or misapplied does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.


If the defendants decide or has reported me to any credit reporting agencies, an additional lawsuit with cause of action will be filed for damages according to:
Miller v. Equifax Info. Servs. LLC,
Ybarra v. Experian Info. Sols. Inc.,
Stevenson v. TRW Inc.,
Cushman v. Trans Union Corporation (1997


**Prayer for Relief as followed;**
I am suing for **$250,000.00** and all refunds/incl interests of passed scams for **compensatory damages,** for the fraudulent activities with my securities, and committing **Securities Fraud**. Violations of the **Equal Credit Opportunity Act**, **Consumer Credit Protection Act, Federal Reserve Act and bill of exchange Act.** The rest is left to the discretion of the court.

---

## Signature Section (PER; 28 U.S. Code § 1746) "If executed without the United States")
## Sworn in declarations under penalty of perjury

7

I ___Terry Simpson___ " "declare under penalty of perjury under the law of United States of America that the foregoing is true and correct, and that I am physically located outside the geographic boundaries of the United States Inc, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States Inc.

Executed on ___2/11/2025___ (Date :)

In Honor, and with all God given rights reserved retained herein. I, hereby place my Autograph below:

Without recourse, Simpson, Terry Delan, principal agent for:
TERRY DELAN SIMPSON, estate

Petitioner, _____

I reserve all rights. UCC 1-308

Notary Republic as JURAT CERTIFICATE:

___North Carolina___ State

___Buncombe___ County

On ___2/11/25___ date before me,

a Notary Public, personally appeared before me and proved to me on the basis of satisfactory evidence to be the man/woman whose Name is subscribed to the within attached instrument and acknowledged to Me that he/she executed the same in his authorized capacity, And that by his/her autograph(s) on the instrument the man/woman executed, this Trust Declaration.

I certify under PENALTY OF PERJURY under the lawful laws of

North Carolina State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

8

Signature _Catherine Nines_
Of Notary Republic / Jurat    Comm. Exp. 8/13/25    seal

**Notice to agent(s) is notice to principal(s), Notice to principal(s) is notice to agent(s).**

9